**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2391**

JEFFREY IRVING,

        Plaintiff - Appellant,

    v.

PAE GOVERNMENT SERVICES, INC.,

        Defendant - Appellee,

    and

STEPHEN EASLEY; RICHARD GREENE; KATHLEEN LONG; JANICE PFUNDHELLER,

        Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, Senior District Judge. (1:16-cv-01617-TSE-TCB)

Submitted: August 31, 2018              Decided: September 6, 2018

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Monique Antonia Miles, OLD TOWNE ASSOCIATES, P.C., Alexandria, Virginia, for Appellant. Jeremy S. Schneider, Matthew F. Nieman, JACKSON LEWIS P.C., Reston,

Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Irving appeals the district court's order granting summary judgment to Defendant in this action arising under the False Claims Act, 31 U.S.C. § 3730(h) (2012), and asserting a related state law claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Irving v. PAE Gov't Servs., Inc.*, No. 1:16-cv-01617-TSE-TCB (E.D. Va. Nov. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*